IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MICHAEL W. PRIEST,<br><br>Plaintiff,<br>v.<br>JIM WINDER and OFFICER RANDOLF,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:16-cv-00696-DN-DBP<br><br>District Judge David Nuffer<br>Magistrate Judge Dustin B. Pead |

United States Magistrate Judge Pead issued a Report and Recommendation[1] on April 10, 2017, recommending that the case be dismissed for failure to prosecute.[2] The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to [28 U.S.C. § 636](#) and [Fed. R. Civ. P. 72](#).[3] No party filed written objections to the Report and Recommendation as provided by rules of court. Therefore, the analysis and conclusion of the magistrate judge are accepted and the Report and Recommendation is adopted.

IT IS HEREBY ORDERED that the Report and Recommendation[4] is ADOPTED and the above-captioned matter is DISMISSED without prejudice.

The Clerk shall close the case.

Dated May 5, 2017.

BY THE COURT:

_____
David Nuffer
United States District Judge

---

[1] Report and Recommendation, [docket no. 10](#), entered Apr. 10, 2017.

[2] *Id.* at 2.

[3] *Id.*

[4] Report and Recommendation, [docket no. 10](#), entered Apr. 10, 2017.